IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC.<br>8001 Forbes Place<br>Suite 202<br>Springfield, VA  22151<br><br>and<br><br>GUN OWNERS FOUNDATION<br>8001 Forbes Place<br>Suite 202<br>Springfield, VA  22151<br><br>          Plaintiffs,<br><br>          v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION<br>935 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20535-0001<br><br>          Defendant. | Civil No._____ |

## COMPLAINT

Come now Gun Owners of America, Inc. and Gun Owners Foundation ("Plaintiffs"), by and through undersigned counsel, and allege as follows:

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552, for injunctive and other appropriate relief, seeking the disclosure and release of agency records improperly withheld from Plaintiffs by Defendant Federal Bureau of Investigation ("FBI").

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331 and 5 U.S.C. §552(a)(4)(B).

3. Venue lies in this district under 28 U.S.C. §1391(e).

**PARTIES**

4. Plaintiff Gun Owners of America, Inc. ("GOA") is a California non-stock corporation with its principal place of business in Springfield, Virginia. Gun Owners of America is organized and operated as a non-profit membership organization, exempt from federal income taxes under Section 501(c)(4) of the U.S. Internal Revenue Code. Gun Owners of America seeks to promote social welfare through informing and educating the public on, and conducting activities in defense of, the Second Amendment and the right to keep and bear arms.

5. Plaintiff Gun Owners Foundation ("GOF") is a Virginia nonstock corporation, organized and operated as a non-profit legal defense and educational foundation that is exempt from federal income taxes under Section 501(c)(3) of the Internal Revenue Code.

6. Defendant Federal Bureau of Investigation ("FBI") is a law enforcement bureau within the U.S. Department of Justice, a department of the United States Government, and is headquartered at 935 Pennsylvania Avenue, N.W., Washington, D.C. 20535-0001. Defendant has possession, custody, and control of records to which Plaintiffs seek access.

**STATEMENT OF FACTS**

7. On May 10, 2023 Plaintiffs submitted a Freedom of Information Act ("FOIA") request to Defendant FBI via the FBI's online portal, which assigned the following number to Plaintiffs' FOIA: 1592651-000. A true and correct copy of the FOIA is attached as Exhibit "A."

8. Plaintiffs' FOIA requested records believed to be described as "symbols guides" including "graphics," "intelligence assessments," or "external assessments" which discuss various topics. Specifically, Plaintiffs requested the following records:

    i. Puerto Rican National Extremism Reference Guide for Law Enforcement;

    ii. Some Anarchist Violent Extremists Likely Use Mobile Food Distribution Vehicles to Covertly Facilitate Illicit Activities, Posing Threat to Law Enforcement and Lawful Protestors during Lawful Protests;

    iii. Violence Between Anti-Racists/Anti-Fascists and White;

    iv. Anarchist Violent Extremism Symbols and Reference Guide;

    v. Animal Rights and Environmental Violent Extremism Symbols and Reference Guide;

    vi. Proscribed RMVE and AGAAVE Entities in FVEY and European Countries;

    vii. Racially or Ethnically Motivated Violent Extremism: Symbols Guide;

    viii. Anarchist Violent Extremism Symbols and Reference Guide;

    ix. Animal Rights and Environmental Violent Extremism Symbols and Reference Guide;

    x. Rise Above Movement (RAM);

    xi. Alleged White Racially Motivated and Anarchist Extremists Conducted Criminal Activities at Public Events in 2017; and

    xii. Racially or Ethnically Motivated Violent Extremists and Islamist Extremists Unlikely to Collaborate as Organizations, Relegating Threat from Potential Collaboration against US Interests to Individuals and Small Cells.

9. On May 22, 2023, the FBI acknowledged Plaintiffs' FOIA, assigning it Request No. 1592651-000, and stating that it "has been received at FBI Headquarters for processing." *See* Exhibit "B."

10. The FBI has yet to provide any responsive records or otherwise claim any exemption.

11. Since Defendant FBI has not alleged that "unusual circumstances" exist pursuant to 5 U.S.C. § 552(a)(4)(A)(viii)(II), and has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A)(i), Plaintiffs are deemed to have fully exhausted any and all administrative remedies with respect to their FOIA request.  *See* 5 U.S.C. § 552(a)(6)(C).

12. Plaintiffs are nonprofit organizations seeking information with which to inform and educate the public about the workings of government.  Release of the records requested is in the public interest.

13.  As of the date of this Complaint, the FBI has failed to: (i) to fully comply with the statutory requirements with respect to Plaintiffs' FOIA request; and (ii) produce the requested records or otherwise demonstrate that the requested records are exempt from production.

## COUNT I
### (Violation of FOIA, 5 U.S.C. §552)

14.  Plaintiffs reallege the preceding paragraphs as if fully stated herein.

15.  Defendant FBI is unlawfully withholding records requested by Plaintiffs pursuant to 5 U.S.C. §552.

16.  Plaintiffs are being irreparably harmed by reason of Defendant's unlawful withholding of records responsive to Plaintiffs' FOIA request, and Plaintiffs will continue to be irreparably harmed unless and until Defendant FBI is compelled to conform its conduct to the requirements of the law.

**WHEREFORE**, Plaintiffs respectfully request that the Court:

(1) Order Defendant to conduct a search for records responsive to Plaintiffs' FOIA request and demonstrate that it has employed search methods reasonably likely to lead to the discovery of all records responsive to Plaintiffs' FOIA request;

(2) Order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiffs' FOIA request, and a *Vaughn* index of any responsive records withheld under claim of exemption;

(3) Enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiffs' FOIA request;

(4) Grant Plaintiffs an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. §552(a)(4)(E); and

(5) Grant Plaintiffs such other relief as the Court deems just and proper.

Dated: June 14, 2023.

Respectfully Submitted,
Gun Owners of America, Inc. and Gun Owners Foundation

| | |
|---|---|
| */s/ Stephen D. Stamboulieh* | Robert J. Olson |
| Stephen D. Stamboulieh | (D.C. Bar No. 1029318) |
| (DC District Court Bar # MS0009) | William J. Olson, P.C. |
| STAMBOULIEH LAW, PLLC | 370 Maple Avenue West, Suite 4 |
| P.O. Box 428 | Vienna, VA 22180-5615 |
| Olive Branch, MS 38654 | 703-356-5070 (telephone) |
| 601-852-3440 (telephone) | 703-356-5085 (fax) |
| Stephen@sdslaw.us | wjo@mindspring.com |