UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civil Action No. 23-1730 (RDM) |

**JOINT STATUS REPORT**

Pursuant to this Court's August 1, 2023 Minute Order, Defendant, the Federal Bureau of Investigation ("Defendant" or "FBI"), and Plaintiffs, Gun Owners of America, Inc. and Gun Owners Foundation, by and through their respective undersigned counsel, hereby submit this joint status report addressing the status of Plaintiffs' Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, case, including: (1) any documents still to be produced pursuant to FOIA; (2) an anticipated schedule for processing and producing any such documents; and (3) any substantive areas of disagreement between the parties.

Plaintiffs' FOIA request at issue in this case seeks records related to extremist groups. *See* May 10, 2023 FOIA Request, ECF No. 1-1 at 1–2. Specifically, Plaintiffs identified twelve purported descriptions of records which Plaintiffs believe are maintained by the FBI. Plaintiffs filed their Complaint on June 14, 2023 and Defendant answered on July 31, 2023. *See* Compl., ECF No. 1; Answer, ECF No. 6. The parties conferred on this matter on August 14, 2023.

At this point, the FBI is still conducting an extensive search for all records identified in Plaintiffs' request, which has included the assignment of targeted searches for some items to various FBI components. The FBI anticipates receiving search results by August 25, 2023. After

it receives these results, the FBI will be able to assess the number of pages of records it has gathered, devise a processing schedule, and advise Plaintiffs of the same. The parties will then confer on any records the FBI produces to Plaintiffs to determine whether there are any issues with regard to those records, or the FBI's search, that can be resolved between the parties.

In light of the current status of Plaintiffs' FOIA request, the parties respectfully request that they be allowed to file a further joint status report in sixty days, or by October 17, 2023 to further apprise the Court of the status of this case and whether any substantive areas of disagreement exist between the parties. Should either party wish to raise an issue with the Court before then, however, the parties will confer and do so according to the Court's Standing Order, ECF No. 5, and the Local Rules.

As this joint status report fully reports the status of this case and there are, currently, no disputes requiring resolution, the parties respectfully request that the initial scheduling conference currently scheduled for August 25, 2023, at 11:00a.m. be vacated. A proposed order consistent with this request is attached.

Date: August 19, 2023                                      Respectfully submitted,

*/s/ Stephen D. Stambouleih (with permission)*        MATTHEW M. GRAVES, D.C. Bar. #481052
STEEPHEN D. STAMBOULEIH                               United States Attorney
Stamboulieh Law, PLLC
P.O. Box 428                                           BRIAN P. HUDAK
Olive Branch, MS 38654y                                Chief, Civil Division
Telephone: (601) 852-3440
Stephen@sdslaw.Us                                      By:    */s/ Anna D. Walker*
                                                       ANNA D. WALKER
ROBERT JEFFREEY OLSON                                  Assistant United States Attorney
William J. Olson, PC                                   601 D. Street, NW
370 Maple Ave. West, Suite 4                           Washington, District of Columbia 20530
Vienna, VA 22180                                       Telephone: (202) 252-2544
Telephone: (703) 356-5070                              Anna.Walker@usdoj.gov
Rob@wjopc.Com
                                                       *Counsel for the United States of America*

*Counsel for Plaintiff*