UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 23-1730 (RDM) |

**JOINT STATUS REPORT**

Pursuant to this Court's January 2, 2024 Minute Order, Defendant, the Federal Bureau of Investigation ("Defendant" or "FBI"), and Plaintiffs, Gun Owners of America, Inc. and Gun Owners Foundation, by and through their respective undersigned counsel, hereby submit this joint status report appraising the Court of the status of this Freedom of Information Act ("FOIA") case. *See* Jan. 2, 2024 Min. Order.

Plaintiffs' FOIA request at issue in this case seeks records related to extremist groups. *See* May 10, 2023 FOIA Request, ECF No. 1-1 at 1–2. Specifically, Plaintiffs identified twelve descriptions of records. *See id.* Plaintiffs filed their Complaint on June 14, 2023 and Defendant answered on July 31, 2023. *See* Compl., ECF No. 1; Answer, ECF No. 6.

Since the parties' last joint status report, the FBI prepared a draft search declaration, which Plaintiffs have reviewed. Afterwards, Plaintiffs submitted a demand to the Defendant on attorneys' fees and costs to settle this matter without further need for this Court's involvement. The FBI is currently reviewing the demand and will respond to Plaintiffs' demand as soon as possible.

In light of the current status of Plaintiffs' FOIA request, the parties respectfully request that they file a further Joint Status Report in approximately sixty days, or on or before June 18,

- 2 -

2024, proposing a schedule governing further proceedings, unless this matter is resolved beforehand.

Date: April 17, 2024

| | |
|---|---|
| */s/ Stephen D. Stamboulieh (with permission)* <br> STEEPHEN D. STAMBOULIEH <br> Stamboulieh Law, PLLC <br> P.O. Box 428 <br> Olive Branch, MS 38654y <br> Telephone: (601) 852-3440 <br> Stephen@sdslaw.Us <br> <br> ROBERT JEFFREEY OLSON <br> William J. Olson, PC <br> 370 Maple Ave. West, Suite 4 <br> Vienna, VA 22180 <br> Telephone: (703) 356-5070 <br> Rob@wjopc.Com <br> <br> *Counsel for Plaintiffs* | MATTHEW M. GRAVES, D.C. Bar. #481052 <br> United States Attorney <br> <br> BRIAN P. HUDAK <br> Chief, Civil Division <br> <br> By:   */s/ Anna D. Walker* <br> ANNA D. WALKER <br> Assistant United States Attorney <br> 601 D. Street, NW <br> Washington, District of Columbia 20530 <br> Telephone: (202) 252-2544 <br> Anna.Walker@usdoj.gov <br> <br> *Counsel for the United States of America* |