UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 23-1730 (RDM) |

**JOINT STATUS REPORT**

Pursuant to this Court's April 18, 2024 Minute Order, Defendant, the Federal Bureau of Investigation ("Defendant" or "FBI"), and Plaintiffs, Gun Owners of America, Inc. and Gun Owners Foundation, by and through their respective undersigned counsel, hereby submit this joint status report appraising the Court of the status of this Freedom of Information Act ("FOIA") case. *See* April 18, 2024 Min. Order.

Plaintiffs' FOIA request at issue in this case seeks records related to extremist groups. *See* May 10, 2023 FOIA Request, ECF No. 1-1 at 1–2. Specifically, Plaintiffs identified twelve descriptions of records. *See id.* Plaintiffs filed their Complaint on June 14, 2023 and Defendant answered on July 31, 2023. *See* Compl., ECF No. 1; Answer, ECF No. 6.

Since the parties' last joint status report, the Parties have reached an agreement to settle this matter without the necessity for further involvement of the Court. The Parties need additional time to effectuate settlement which will lead to the dismissal of this matter. The Parties propose that they file another JSR in thirty (30) days (July 18, 2024) unless the matter is not dismissed by then.

Respectfully submitted,

- 2 -

Date: June 17, 2024

*/s/ Stephen D. Stamboulieh*  
STEEPHEN D. STAMBOULIEH  
Stambouliæh Law, PLLC  
P.O. Box 428  
Olive Branch, MS 38654y  
Telephone: (601) 852-3440  
Stephen@sdslaw.Us  

ROBERT JEFFREEY OLSON  
William J. Olson, PC  
370 Maple Ave. West, Suite 4  
Vienna, VA 22180  
Telephone: (703) 356-5070  
Rob@wjopc.Com  

*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar. #481052  
United States Attorney  

BRIAN P. HUDAK  
Chief, Civil Division  

By:     */s/ Anna D. Walker (w/ permission)*  
ANNA D. WALKER  
Assistant United States Attorney  
601 D. Street, NW  
Washington, District of Columbia 20530  
Telephone: (202) 252-2544  
Anna.Walker@usdoj.gov  

*Counsel for the United States of America*