UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civil Action No. 23-1730 (RDM) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Date: 07/17/2024                                   Respectfully submitted,

*/s/ Stephen D. Stamboulieh (with permission)*        MATTHEW M. GRAVES, D.C. Bar. #481052
STEPHEN D. STAMBOULIEH                                United States Attorney
Stamboulieh Law, PLLC
P.O. Box 428                                          BRIAN P. HUDAK
Olive Branch, MS 38654                                Chief, Civil Division
Telephone: (601) 852-3440
Stephen@sdslaw.us                                     By:   */s/ Anna D. Walker*
                                                      ANNA D. WALKER
ROBERT JEFFREY OLSON                                  Assistant United States Attorney
William J. Olson, PC                                  601 D. Street, NW
370 Maple Ave. West, Suite 4                          Washington, District of Columbia 20530
Vienna, VA 22180                                      Telephone: (202) 252-2544
Telephone: (703) 356-5070                             Anna.Walker@usdoj.gov
Rob@wjopc.com

*Counsel for Plaintiffs*                              *Counsel for the United States of America*